# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REGINA GREENE, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-302-TFM-B |
| TRUIST BANK, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On August 22, 2024, the Magistrate Judge entered a Report and Recommendation which recommends the Defendants' motions to dismiss (Docs. 47, 48) be granted and Plaintiff's motions for discovery and leave to amend (Docs. 43, 54, 55) be denied as futile. *See* Doc. 66. Plaintiff timely filed objections. Doc. 68. Defendants timely filed their respective responses to the objections. Docs. 70, 71. The Report and Recommendation is now ripe for review.

In reviewing the objections, Plaintiff does nothing to offset the well-reasoned analysis of the Magistrate Judge. Her arguments merely reiterate the same arguments that she previously asserted and the Magistrate Judge addressed in great detail. As a result, the objections are **OVERRULED**.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge (Doc. 66) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' motions to dismiss (Docs. 47, 48) are **GRANTED** and Plaintiff's motions (Docs. 43, 53, 54) are **DENIED as futile**. This case is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 11th day of September, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE